**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**LORRI BOGGAN and TOBY BOGGAN,**                       **PLAINTIFFS,**

**VS.**                                    **CIVIL ACTION NO. 2:06CV198-P-B**

**USA TRUCK, INC.; AND THOMAS A. BEEMAN,**                             **DEFENDANTS.**

### ORDER

This matter comes before the court upon Plaintiffs' Motion to Extend Case Management Order Deadlines [12]. After due consideration of the motion, the court finds that it should be granted insofar as it seeks a continuance of trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion to Extend Case Management Order Deadlines [12] is **GRANTED** insofar as it seeks a continuance of trial;

(2) Trial of this matter is hereby **CONTINUED** until Monday, August 25, 2008 at 9:00 a.m. in the United States Courthouse in Greenville, Mississippi; and

(3) The parties are to contact the U.S. Magistrate Judge regarding extensions of the Case Management Order deadlines.

**SO ORDERED** this the 4th day of September, A.D., 2007.

                                                                     /s/ W. Allen Pepper, Jr.
                                                                     W. ALLEN PEPPER, JR.
                                                                     UNITED STATES DISTRICT JUDGE